## 59024. SMITH v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

DEEN, Chief Judge.

The judgment in this case having been reversed by the Supreme Court, 245 Ga. 654 (1980) it is hereby vacated, and the judgment of the trial court granting the insurer's motion for summary judgment stands affirmed.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED NOVEMBER 6, 1979 — DECIDED
JUNE 5, 1980.

*Carl S. Pedigo, Jr., Joseph A. Odom,* for appellant.
*Luhr G. C. Beckmann, Jr., Andrew J. Hill, III,* for appellee.